IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 22-CV-3093-SMY |
| | ) |
| JOHN VARGA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner Brandon Johnson, an inmate of the Illinois Department of Corrections, filed a Motion for Extension of Time to file a habeas petition pursuant to 28 U.S.C. § 2254 (Doc. 1), a Motion to Hold in Abeyance Habeas Corpus Petition (Doc. 2), and a Motion for Leave to File a Second or Successive 2254 (Doc. 4).

In April 2009, Johnson was convicted in Madison County, Illinois Circuit Court of aggravated battery of a child. *People v. Johnson*, 2016 IL App (5th) 130554, ¶¶ 1-3, 15. He subsequently filed a § 2254 Petition in this court challenging this conviction. The Petition was dismissed as untimely. *Johnson v. Jaimet,* Case No. 17-CV-273-DRH (S.D. Ill. May 23, 2017, Doc. 9).

A review of the Public Access to Court Electronic Records ("PACER") website (www.pacer.gov) reveals that Johnson has not sought authorization to file another petition from the Seventh Circuit. Thus, the Court lacks jurisdiction to rule on Johnson's motions. *Lambert v. Davis*, 449 F.3d 774, 777-778 (7th Cir. 2006); 28 U.S.C. § 2244(b). Accordingly, the motions (Docs. 1, 2, 4) are **DENIED**.

Additionally, the motion at Doc. 1 was erroneously docketed as a Petition for Writ of Habeas Corpus. The Court having determined that it lacks jurisdiction to consider any of the filings in this matter, the Clerk of Court is **DIRECTED** to close this civil case.

**IT IS SO ORDERED.**

**DATE: February 7, 2023**

**STACI M. YANDLE**
**United States District Judge**